## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**MARY BETH MAZAR, individually,**
**and MARY BETH MAZAR as parent**
**and mother of K.M.M.**

      **Plaintiffs,**

vs.                 **Case No. 8:06-CV-1512-T-27MAP**

**DAVID GEE, as Sheriff of Hillsborough**
**County, Florida, et al.,**

      **Defendants.**
_____/

### AMENDED ORDER

 **BEFORE THE COURT** is Plaintiffs' First Motion to Amend the Complaint (Dkt. 29), to

which Defendant David Gee has responded in opposition (Dkt. 30). The Court having reviewed the

motion and otherwise being fully advised of the premises, it is **ORDERED AND ADJUDGED:**

 1) Plaintiffs' First Motion to Amend the Complaint (Dkt. 29) is **GRANTED;**

 2) Defendant Daniel Brock's Motion to Extend Time for Filing Dispositive Motions is

   **DENIED** as moot;

 3) The deadlines in the Case Management and Scheduling Order (Dkt. 8) are extended

   as follows:

  (a) Discovery cut-off date is August 15, 2007;

  (b) Mediation deadline is August 20, 2007;

  (c) Dispositive motion filing deadline is September 4, 2007;

  (d) Pretrial conference is **December 7, 2007** at **10:00A.M.;**

1

(e)      Trial is set for the trial term commencing **January 7, 2008**.

**DONE AND ORDERED** in chambers this ___5th___ day of July, 2007.

**JAMES D. WHITTEMORE**
**United States District Judge**

Copies to:
Counsel of Record

2